**Order filed October 6, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00742-CV**
_____

**SYLVIA YOLANDA ARREDONDO, Appellant**

**V.**

**ANTONIO A. BETANCOURT, JR., Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2002-05630**

---

## O R D E R

This is an appeal from a final order in a suit to modify the parent-child relationship signed May 31, 2011. The clerk's record was filed September 30, 2011.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's Motion to Reform/Modify the Judgment or for New Trial and to Extend the Appellate Deadlines filed on June 6, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **October 21, 2011**, containing appellant's Motion to Reform/Modify the Judgment or for New Trial and to Extend the Appellate Deadlines filed on June 6, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM